**CALIFORNIA SAND AND GRAVEL, INC., petitioner, v. UNITED STATES.**

**No. 91–661.**

Supreme Court of the United States.

Jan. 21, 1992.   Denied.

**Herman GREY, et al., petitioners, v. UNITED STATES.**

**No. 91–678.**

Supreme Court of the United States.

Jan. 21, 1992.   Denied.